1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MIRIAM A. ROBERSON, ) | CV 07-2140-LEW-KJM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| QUEST DIAGNOSTICS, INC.,) et al. ) | |
| Defendants. ) | |
| _____) | |

Currently before the Court is Defendant Jack Satterlee's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

1

1  The Court **DENIES** Defendant's Motion.  See <u>Oyama v. Sheehan (In re Sheehan)</u>, 253 F.3d 507, 513 (9th Cir. 2001) ("Courts have discretion under Rule 4(m), absent a showing of good cause, to extend the time for service or to dismiss the action without prejudice.").

Neither Plaintiff nor Defendants will be prejudiced by an extension of time for service.  Therefore, the Court grants Plaintiff **30 days leave** to effect a proper service of process on Defendant Satterlee.

**IT IS SO ORDERED.**                                /s/

                                                   _____
                                                   **HONORABLE RONALD S.W. LEW**
                                                   Senior U.S. District Judge
DATED: April 10, 2008