Steven R. Blackburn, State Bar # 154797
Leslie J. Mann, State Bar # 95467
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA  94111-5427
Telephone:     415.398.3500
Facsimile:      415.398.0955
sblackburn@ebglaw.com
lmann@ebglaw.com

Attorneys for Defendants
QUEST DIAGNOSTICS, INC. and
JACK SATTERLEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM A. ROBERSON,<br><br>              Plaintiff,<br><br>     v.<br><br>QUEST DIAGNOSTICS, INC., JACK SATTERLEE, and DOES 1 THROUGH 20, inclusive,<br><br>              Defendant. | CASE NO.: 2:07-cv-02140-JAM-KJM<br><br>E-Filing<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REMAND**<br><br>COMPLAINT FILED: May 18, 2007<br>TRIAL:           February 8, 2010<br><br>**Hearing Date:** November 4, 2009<br>**Time:**         9:00 a.m. |

      Plaintiff MIRIAM A. ROBERSON's Motion for Remand came regularly on for hearing on November 4, 2009 before the Honorable John A. Mendez.  Andrea Rosa of the Rosa Law Group and Jean Schaefer of the Law Offices of Jean Schaefer appeared for Plaintiff Miriam Roberson and Steven R. Blackburn of Epstein Becker & Green, P.C. appeared for Defendants QUEST DIAGNOSTICS, INC., and JACK SATTERLEE.

      All of the papers and arguments of counsel having been considered and good cause appearing, IT IS HEREBY ORDERED that:

      Plaintiff's Motion for Remand is DENIED.

      IT IS SO ORDERED.

Date:   November 17, 2009

                        /s/ John A. Mendez
                        United States District Court Judge

Order re: Plaintiff's Motion for Remand
Case No. 2:07-cv-02140-JAM-KJM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com